[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 18, 2008
THOMAS K. KAHN
CLERK

No. 07-12329
Non-Argument Calendar

_____

D. C. Docket No. 06-00237-CR-J-33MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DONALD HARRIS JENKINS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(June 18, 2008)**

Before ANDERSON, CARNES and HULL, Circuit Judges.

PER CURIAM:

James A. Hernandez, appointed counsel for Donald Harris Jenkins on this

direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.E.2d 493 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jenkins's conviction and sentence are **AFFIRMED**.